UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | CV 14-608 DSF (SHx) | Date | 2/5/13 |
|---|---|---|---|
| Title | Federal National Mortgage Association v. Bernie Diaz, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

This matter was removed from state court on January 27, 2014, based on federal question jurisdiction. The complaint was filed October 14, 2013. It is a state law unlawful detainer complaint that does not state a federal cause of action. While the notice of removal claims jurisdiction under 28 U.S.C. § 1446, (see Notice of Removal), federal jurisdiction is based on the plaintiff's complaint and not on any federal counterclaims or defenses that a defendant might assert. See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002).

The case is REMANDED to the Superior Court of California, County of Los Angeles.